# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KEITH JACKSON,<br><br>                 *Plaintiff,*<br><br>v.<br><br>BECCM COMPANY, INC. ET AL,<br><br>                 *Defendants.* | CIVIL NO. 3:09cv00054<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that Plaintiff's motion for judgment on the pleadings (docket no. 34) is DENIED. Plaintiff's motion to dismiss (docket no. 26) is granted without prejudice as to counts I, II, and IV of defendant's counterclaims, and denied as to Count III.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: This 5th Day of January, 2010

                                                                   _____<br>
                                                                     NORMAN K. MOON<br>
                                                                     UNITED STATES DISTRICT JUDGE