IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
In open Ct
AUG 04 2010
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

KEITH JACKSON,
                *Plaintiff,*

v.

BECCM COMPANY, INC. ET AL,
                *Defendants.*

CIVIL NO. 3:09cv00054

**VERDICT FORM**

JUDGE NORMAN K. MOON

1) As to Plaintiff Keith Jackson's Title VII discrimination claim against **Defendant BECCM Company, Inc.**:

JUDGMENT FOR:

_____  Plaintiff Keith Jackson

✓  Defendant BECCM Company, Inc.

2) As to Plaintiff Keith Jackson's hostile work environment claims against **Defendant BECCM Company, Inc.**:

JUDGMENT FOR:

_____  Plaintiff Keith Jackson

✓  Defendant BECCM Company, Inc.

If you entered judgment for Plaintiff Keith Jackson on either of the above claims, in what amounts do you award damages for the following?

    Lost Wages:        _____

    Compensatory Damages: _____

3) **As to Plaintiff Keith Jackson's Fair Labor Standards Act Claim against the Defendants BECCM Company, Inc. and Brent Wright:**

JUDGMENT FOR:

_____ Plaintiff Keith Jackson

✓ Defendants BECCM Company, Inc. and Brent Wright

If you entered judgment for Plaintiff Keith Jackson, in what amount do you award damages for lost wages?

    Lost Wages: _____

4) **As to Defendant BECCM Company, Inc.'s claim of conversion:**

JUDGMENT FOR:

✓ Plaintiff Keith Jackson

_____ Defendant BECCM Company, Inc.

If you entered judgment for Defendant BECCM Company, Inc., what amount of damages do you award?

    Damages: _____

Please sign and return this Verdict Form.

_____          __August 4, 2010__
Jury Foreperson                                                    Date